LEWIS F. FAIRCHILD, APPELLANT, V. JOHN H. WILSON, APPELLEE.

FILED OCTOBER 2, 1917. No. 19615.

1. Appeal: MOTION FOR NEW TRIAL. If the motion for a new trial does not challenge the attention of the trial court to the inadequacy of the verdict, the point .will not be considered on appeal.

2. ——: INSTRUCTIONS. "Instructions relating to the right to recover, and having no bearing on the *quantum* of damages, cannot be complained of by the plaintiff when the verdict was in his favor, and unsatisfactory only in its amount." *Hankins v. Majors*, 56 Neb. 299.

APPEAL from the district court for Keith county: HAN-
SON M. GRIMES, JUDGE. *Affirmed.*

*Wilcox & Halligan,* for appellant.

*W. E. Shuman,* contra.

MORRISSEY, C. J.

This was an action for damages growing out of an assault
with a deadly weapon. The jury returned a verdict in
favor of plaintiff. Plaintiff filed a motion for a new trial,
alleging numerous errors on the part of the trial court,
but not complaining of the amount of the recovery. The
motion for a new trial was overruled and judgment entered
on the verdict, and plaintiff has appealed.

In the brief a number of the instructions are attacked,
but no complaint is made of the instruction defining the
measure of damages. It is not necessary to discuss
seriatim the errors alleged. Every disputed question was,
by the verdict, resolved in favor of plaintiff. The sole
matter of which the plaintiff might complain was the
amount awarded. This was not called to the attention of
the trial court by the motion for a new trial, nor is it as-
signed, as required by the rules of the court, in the brief.
It follows that the inadequacy of the verdict cannot be con-
sidered on appeal.

The objections to the instruction given fall within the
rule announced in *Hankins v. Majors,* 56 Neb. 299: "In-
structions relating to the right to recover, and having no
bearing on the *quantum* of damages, cannot be complained
of by the plaintiff when the verdict was in his favor, and
unsatisfactory only in its amount."

The judgment is

AFFIRMED.